UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY THOMAS MURRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS A. FERRARA, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0420-EFB (TEMP) P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; ECF Nos. 3, 5.

　　　　A recent court order was served on plaintiff's address of record and returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is terminated; and

/////

1

2. This action is dismissed without prejudice for failure to prosecute. *See* E.D. Cal. Local Rule 183(b).

DATED: April 20, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE